UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 15 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR2409-H |
| Plaintiff, | |
| vs. | **JUDGMENT AND ORDER OF DISMISSAL** |
| BRUCE ROLAND LAWRENCE (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

 X   the United States Court of Appeals for the Ninth Circuit has reversed the conviction of defendant Bruce Roland Lawrence and directed the District Court to dismiss the Indictment against said defendant; and

 X   the United States has filed a motion to dismiss

 X   the offense as charged in the Indictment:

   18 U.S.C. 2250(a) - Failure to Register as a Sex Offender

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged. The Indictment against defendant Bruce Roland Lawrence is hereby dismissed with prejudice and the conviction of said defendant and previously imposed sentence are hereby set aside and vacated.

DATED: 3/15/12

_____
MARILYN L. HUFF, U.S. District Judge
UNITED STATES DISTRICT COURT